UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAYTE HOLLEY,

    Plaintiff,

v.                                                     Case No. 8:19-cv-1554-T-30AEP

COMMERCIAL PROPERTY
MANAGEMENT LLC,
a Florida limited liability company,

    Defendant.
                                              /

## **ORDER**

This cause came before the Court for a hearing upon Defendant's Motion for Dismissal with Prejudice and Motion for Contempt and Sanctions ("Motion") (Doc. 10). For the reasons stated at the hearing, it is hereby

ORDERED:

1. Defendant's Motion for Dismissal with Prejudice and Motion for Contempt and Sanctions (Doc. 10) is GRANTED IN PART to the extent that Plaintiff shall pay the fees and costs related to the filing of Defendant's Motion and Defendant's appearance at the hearing. The Motion is DENIED in all other respects; and

2. Within thirty days of the date of this Order, the parties are directed to comply with the FLSA Scheduling Order (Doc. 5, at ¶3) and meet and confer in person in a good faith effort to settle all pending issues, including attorney's fees and costs.

DONE AND ORDERED in Tampa, Florida, on this 6th day of November, 2019.

*[Signature]*
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record